AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

**** DISTRICT OF    NEVADA

JOSEPH L. MIZZONI,

      Plaintiff,                  JUDGMENT IN A CIVIL CASE

    v.

                               CASE NUMBER:  **3:16-cv-00043-RCJ-VPC**

STATE OF NEVADA, et al.,

      Defendant(s).

___     **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X**     **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Plaintiff's amended complaint (ECF No. 6) is dismissed in its entirety, with prejudice for failure to state a claim.

      **IT IS FURTHER ORDERED** that the Court certifies that any *in forma pauperis* appeal from this order would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3).

August 30, 2016                          **LANCE S. WILSON**
                                    Clerk

                               /s/ K. Rusin
                               Deputy Clerk